THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* RUSSELL SPRATT, Defendant-Appellant.

(No. 56964; )

First District (3rd Division)—June 21, 1973.

Opinion by Mr. JUSTICE McGLOON.

James J. Doherty, Public Defender, of Chicago, (V. James Cerri, Assistant Public Defender, of counsel,) for appellant.

Bernard Carey, State's Attorney, of Chicago, (Kenneth L. Gillis and Nicholas J. Motherway, Assistant State's Attorneys, of counsel,) for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* TOMMIE LEE SMITH, Defendant-Appellant.

(No. 57050; )

First District (3rd Division)—June 21, 1973.